```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

                           EASTERN DIVISION
```

| | | |
|---|---|---|
| JESUS RIZO, | ) | No. EDCV 03-787-JAK (AJW) |
|        Petitioner, | ) | |
|   v. | ) | |
| SCOTT KERNAN, | ) | |
|        Respondent. | ) | |
| CESAR RIZO, | ) | |
|        Petitioner, | ) | No. EDCV 03-822-JAK (AJW) |
|   v. | ) | |
| SCOTT KERNAN, | ) | |
|        Respondent. | ) | |
| SALVADOR RIZO, | ) | |
|        Petitioner, | ) | No. EDCV 03-824-JAK (AJW) |
|   v. | ) | |
| SCOTT KERNAN, | ) | |
|        Respondent. | ) | |
| VICTOR RIZO, | ) | |
|        Petitioner, | ) | No. EDCV 03-901-JAK (AJW) |
|   v. | ) | |
| SCOTT KERNAN, | ) | JUDGMENT |
|        Respondent. | ) | |

**It is hereby adjudged** that the petitions for a writ of habeas corpus are granted. Respondent shall release petitioners from custody and all collateral consequences resulting from their 2000 convictions in the Riverside County Superior Court unless the State of California provides them with a new trial within ninety (90) days from the date of entry of judgment.

Dated: March 24, 2017

_____
John A. Kronstadt
United States District Judge